UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                      :

DANIELLE HILL,                                :

                        Plaintiff,              :
                                      :          24-CV-4300 (JMF)
          -v-                                :
                                      :          <u>ORDER</u>

MULLIGAN SECURITY, LLC,        :

                      Defendant.          :
                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 13, 2024 Order, ECF No. 18, the parties were required to file a joint letter, the contents of which are described therein, by November 15, 2024. To date, the parties have not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 22, 2024**.

       SO ORDERED.

Dated: November 18, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge