IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

    Plaintiff(s)

v.

884886 CH STORE, et al.,

    Defendant(s)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: **1:23-cv-3472 (JMF)**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) **Dongguan Ramax Fashion Co., Ltd.** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Signature of plaintiffs or plaintiff's counsel_

60 E42 Street, Suite 1250
_Address_

New York, NY, 10165
_City, State & Zip Code_

212-292-5390
_Telephone Number_

Dated:

_Signature of defendants or defendant's counsel_

444 W Lake St 17th Floor
_Address_

Chicago, IL 60606
_City, State & Zip Code_

(312) 715-7312
_Telephone Number_

Dated: 2024/11/15

The Motion to Dismiss filed by Dongguan Ramax Fashion Co., Ltd., *see* ECF No. 153, is hereby DENIED as moot. The Clerk of Court is directed to terminate Dongguan Ramax Fashion Co., Ltd. as a party in this case and terminate ECF No. 153.  SO ORDERED.

November 21, 2024